UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
IN RE:                                        :        STANDING
PROCEDURES FOR ACCESS TO      :        ORDER
AND SERVICE OF                       :        M10-468
SEALED DOCUMENTS                 :
                                                    :
---------------------------------------------------------x

**WHEREAS** a recent escalation in cyberattacks on the CM/ECF systems of federal courts requires the implementation of new procedures for the storage and management of sealed documents;

**IT IS HEREBY ORDERED** that, effective as of the date of this order and until such time as the court orders otherwise,

1. **Electronic Access to Sealed Documents** – Sealed documents will continue to be filed in CM/ECF under existing procedures (see ECF Rules & Instructions) but will no longer be accessible or viewable by electronic means by non-court users.

2. **Service of Sealed Documents Filed in CM/ECF** – Because sealed documents filed in CM/ECF are no longer electronically accessible or viewable by non-court users, service of those documents can no longer be accomplished through CM/ECF.  Parties must serve sealed documents by other appropriate means consistent with the applicable Federal Rules of Procedure.  Service accomplished outside the CM/ECF system must be documented in accordance with the applicable Federal Rules of Procedure concerning certificates of service.  Sealed orders of the court will be served in paper form by first-class mail or other secure means approved by the issuing judge.

3. **Additional Copies of Sealed Documents** – Because sealed documents filed in CM/ECF are no longer electronically accessible or viewable by non-court users, a party with the

right to access a sealed document in a case who requires a copy of a sealed document may contact opposing counsel or the clerk's office to request a paper copy. Applicable copy fees will be applied to requests made to the court.

4. **Highly Sensitive Documents (HSDs)** – Sealed documents that are defined as HSDs will continue to be subject to the procedures found in Standing Order 21-mc-0006.

5. **Questions about Sealed Document Procedures** – Questions about the filing of and access to sealed documents may be directed to the court's ECF Help Desk. The Help Desk is available via email at helpdesk@nysd.uscourts.gov, Monday through Friday during business hours.

This Order supersedes any and all inconsistent prior court orders, ECF Rules and Local Rules.

**SO ORDERED:**

Dated: September 23, 2025
New York, NY

_____
Laura Taylor Swain
Chief United States District Judge